JOHN, Respondent, vs. HAERING, Appellant.

For the appellant: *Bendinger & Hayes* of Milwaukee.
For the respondent: *John H. Schlintz* of Milwaukee.

*By the Court.*—Judgment affirmed.

VAN VEN ROY, Plaintiff and Respondent, vs. BINS and others, Defendants and Respondents: BLACK, Appellant.

For the appellant: *Clifford & Dilweg* of Green Bay.

For the plaintiff and respondent: *Cady, Strehlow & Kaftan* of Green Bay.

For the defendants and respondents: *Silverwood & Fontaine,* attorneys, and *Max H. Strehlow,* of counsel, all of Green Bay.

*By the Court.*—Judgment affirmed.

SVACINA, Appellant, vs. GREENZWEIG and others, Respondents.

For the appellant: *Joseph J. O'Day,* attorney, and *A. W. Schutz,* of counsel, both of Milwaukee.

For the respondents Phillipson: *Michael Levin* of Milwaukee.

*By the Court.*—Judgment affirmed.